JUNE 2, 1960

**No. 64264.**—Paul E. Sernau, Inc., and Ignaz Strauss & Co., Inc. *v.* United States, protests 58/24286, etc. 

 Plaintiffs' application for rehearing granted.

BEFORE THE FIRST DIVISION, JUNE 6, 1960

**No. 64265.**—Grosfeld House, Inc. *v.* United States, protest 59/139 (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of headboards similar in all material respects to those the subject of Abstract 61224, the claim of the plaintiff was sustained.